# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAHMOUD AGUIBI**, | : | CIVIL ACTION NO. 1:22-CV-260 |
| **Petitioner** | : | (Judge Conner) |
| v. | : | |
| **WARDEN THOMPSON**, | : | |
| **Respondent** | : | |

## ORDER

AND NOW, this 30th day of March, 2022, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED without prejudice.

2. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania